UST-10

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

IN RE: ) CHAPTER 7
SANTOS, JOHN ) CASE NO.: 01-16319-CJK
DBA J S MODULAR HOMES )
)  AUG 12 '05 PM 12:52 USB
)
DEBTOR(S) )

## TRUSTEE'S FINAL REPORT AND ACCOUNT AFTER DISTRIBUTION
## AND REQUEST FOR DISCHARGE

The undersigned trustee submits the following as his/her Final Report and Account After Distribution and asserts that all monies previously held by the trustee on account of the bankruptcy estate have been distributed pursuant to the Final Report and Account Before Distribution previously approved by the Court except as noted otherwise. The trustee further asserts that all cancelled checks and bank statements not previously submitted to the United States Trustee, including each bank statement indicating a zero balance, are submitted along with this Final Report and Account.

1. The following dividends are being paid over to the Clerk of the Court as unclaimed dividends pursuant to FRBP 3011 and/or small dividends as directed by FRBP 3010(a):

| **Claimant** | **Amount of Dividend** |
|---|---|
| Carolyn Souza | $2,668.11 |

2. Gross Receipts of $22,394.50 from the liquidation of all property of the estate has been distributed pursuant to 11 U.S.C. §726 as follows:

| | | | |
|---|---|---|---|
| $ 2,500.00 | a. | Trustee Commission | |
| $ 9,170.00 | b. | Attorney for Trustee Compensation (Chapter 7) | |
| | | b.1  Trustee/Trustee's Firm | $ 9,170.00 |
| | | b.2  Outside Counsel | $ 0.00 |
| $ 0.00 | c. | Attorney for Debtor Compensation (Chapter 7) | |
| $ 600.00 | d. | Other Professionals (Chapter 7) | |
| $ 929.52 | e. | All other Chapter 7 expenses (including Court costs and Trustee expenses) | |
| $ 0.00 | f. | All Chapter 11 Administrative Priority Creditors (including professional fees) | |
| $ 0.00 | g. | Secured Creditors | |
| $ 0.00 | h. | Priority Creditors | |
| $ 9,194.98 | i. | General Unsecured Creditors | |
| $ 22,394.50 | j. | **SUBTOTAL** (total of "a" through "i") | |
| $ 0.00 | k. | Payments to Debtor | |
| $ 22,394.50 | l. | **Total Disbursements** (total of "j" & "k") | |

UST-10

     3.    The original and two copies of this report are being submitted herewith to the United States Trustee for review along with all cancelled checks and all bank statements not previously submitted, including the zero-balance bank statement for each account maintained on behalf of the estate.

     I hereby certify that the estate has been fully administered, that all monies received on account of the estate have been accounted for and disbursed pursuant to the Final Report filed and approved herein, and that no assets or funds of the bankruptcy estate remain unadministered.

     Pursuant to FRBP 5009, I request that the Final Account After Distribution be approved and that the Court discharge me from my duties as trustee herein.

DATE: *August 11, 2005*

_____, Trustee
STEPHEN E. SHAMBAN
STEPHEN E. SHAMBAN LAW OFFICES
Address:    222 FORBES ROAD, STE. 208
                P.O. BOX 850973
                BRAINTREE, MA 02185-0973
Telephone:  (781) 849-1136

UST-10

## CERTIFICATE OF REVIEW

    The United States Trustee has reviewed the Final Account Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the *Memorandum of Understanding* dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: __8/12/05__          PHOEBE MORSE
                                       United States Trustee
                                       Region 1

                 By: _____
                          John P. Fitzgerald
                          Assistant United States Trustee
                          10 Causeway Street, Room 1184
                          Boston, MA 02222
                          (617) 788-0400



312-00312-E000-00312- H    -113-9-01-W X -1 00-

01-16319 SANTOS JOHN
DBA J S MODULAR HOMES DEBTOR
#410290 STEPHEN SHAMBAN TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY  10004

July 1 - July 31, 2005
Page **1 of 2**

**Customer Service**

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number: 312-8480943-66
Number of Checks Enclosed: 1

**BusinessCustom Checking**   Account # 312-8480943-66                  01-16319 Santos John
                                                                        Dba J S Modular Homes Debtor

### Summary

| | Number | Amount |
|---|---|---|
| Opening Balance | | 2,668.11 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 1 | 2,668.11 |
| Ending Balance | | 0.00 |

### Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 115 | 07/21 | 2,668.11 | | | | | | |

* indicates gap in check sequence

Total (1 check)     2,668.11

### Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 07/21 | 0.00 | | | | | | |

**THIS ENDS YOUR STATEMENT FINANCIAL DATA**